UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BESSIE ALEXANDER,

          Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

          Defendant.
_____/

Case No. 21-cv-12690

Paul D. Borman
United States District Judge

Anthony P. Patti
United States Magistrate Judge

## ORDER:
## (1) ADOPTING MAGISTRATE JUDGE ANTHONY P. PATTI'S MARCH 11, 2022 REPORT AND RECOMMENDATION (ECF NO. 16); AND
## (2) DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(b) AND E.D. MICH. LR 41.2

On March 11, 2022, Magistrate Judge Anthony P. Patti issued a Report and Recommendation to dismiss Plaintiff's complaint without prejudice pursuant to Fed. R. Civ. P. 41(2) and E.D. Mich. LR 41.2 for failure to appear, show cause, and prosecute. Magistrate Judge Patti further recommended that, should Plaintiff wish to re-file her case, the Court should require that she first pay Defendant's attorney fees related to her two failures to appear, in the amount of $1,125. (ECF No. 16, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Patti's March 11, 2022 Report and Recommendation (ECF No. 16) is ADOPTED;

(2) this Case is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) and E.D. Mich. LR 41.2 for Plaintiff's failure to appear, show cause, and prosecute; and

(3) before Plaintiff may re-file her case against Defendant, she must first pay Defendant's attorney fees related to her two failures to appear, in the amount of $1,125.

IT IS SO ORDERED.

Dated: 4/4/2022

_____
Paul D. Borman
United States District Judge