UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BESSIE ALEXANDER,

        Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

        Defendant.
_____/

Case No. 21-cv-12690

Paul D. Borman
United States District Judge

Anthony P. Patti
United States Magistrate Judge

## JUDGMENT

For the reasons stated in an Order issued this day, it is ORDERED AND ADJUDGED that (1) Magistrate Judge Anthony P. Patti's March 11, 2022 Report and Recommendation (ECF No. 16) is ADOPTED; (2) this Case is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) and E.D. Mich. LR 41.2 for Plaintiff's failure to appear, show cause, and prosecute; and (3) before Plaintiff may re-file her case against Defendant, she must first pay Defendant's attorney fees related to her two failures to appear, in the amount of $1,125.

IT IS SO ORDERED.

Dated: 4/4/2022

                                                    Paul D. Borman
                                                    United States District Judge